**FILED**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

2021 JUL -6 PM 1:58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Riquer Castro
_____
Petitioner

v.

U.S Attorney Office
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. 2:21-cv-504-JLB-MRM
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Castro Escoto, Riquer Alberto
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Glades County Sheriff Office
   (b) Address: 1297 E State Rd 78
       Moore Haven, FL 33471
   (c) Your identification number: GCSO20MNI001484
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:
   Immigration
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: _____
     (b) Docket number of criminal case: _____
     (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*: _____



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☑ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __DHS/ICE 18201 SW 12th St. Miami, Fl, 33194__
   (b) Docket number, case number, or opinion number: __A 206-312-813__
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____
   (d) Date of the decision or action: _____

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: __U.S DOJ EOIR Board of Immigration Appeals__
      (2) Date of filing: __04/26/2020__
      (3) Docket number, case number, or opinion number: __A 206-312-813__
      (4) Result: __Dismissed__
      (5) Date of result: __04/26/2021__
      (6) Issues raised: __Fear of returning to native country (Nicaragua) fair & full hearing (due process)__



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   
   ☒ Yes          ☐ No
   
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: U.S Court of Appeals for the 11th Circuit
   
   (2) Date of filing: 06/16/2021
   
   (3) Docket number, case number, or opinion number: 21-12055-H
   
   (4) Result: Pending
   
   (5) Date of result: Pending
   
   (6) Issues raised: Motion to stay, Motion to reconsider, fear of returning to Nicaragua, Affidavits
   
   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   
   ☐ Yes          ☒ No
   
   (a) If "Yes," provide:
   
   (1) Name of the authority, agency, or court: _____
   
   (2) Date of filing: _____
   
   (3) Docket number, case number, or opinion number: _____
   
   (4) Result: _____
   
   (5) Date of result: _____
   
   (6) Issues raised: _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☑ Yes      ☐ No

If "Yes," provide:
- (a) Date you were taken into immigration custody: 02/05/2020 (Approxi)
- (b) Date of the removal or reinstatement order: 04/16/2020
- (c) Did you file an appeal with the Board of Immigration Appeals?
  ☑ Yes      ☐ No

  If "Yes," provide:
  (1) Date of filing: 04/26/2020
  (2) Case number: A 206-312-813
  (3) Result: Dismiss
  (4) Date of result: 04/26/2021
  (5) Issues raised: fear of returning to Native country (Nicaragua) fair & full hearing (due process)

- (d) Did you appeal the decision to the United States Court of Appeals?
  ☑ Yes      ☐ No

  If "Yes," provide:
  (1) Name of court: U.S Court of Appeals for the 11th Circuit
  (2) Date of filing: 06/16/2021
  (3) Case number: 21-12055-H

Page 6 of 10

(4) Result: Pending
(5) Date of result: Pending
(6) Issues raised: Motion to stay, Motion to reconsider fear of returning to Nicaragua

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes   ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application:
    (b) Name of the authority, agency, or court:

    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Ordered removed, but held in detention for 16+ months. Willing to pay a bond, get release on ankle monitor or any restriction this court deems necessary

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Over 6 Months in Immigration Custody

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND TWO:** Motion to Stay

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
fear of returning
wife & children living here
Mother suffers from severe cancer

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** Motion to reconsider
fair & full hearing

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____
_____

**Request for Relief**

15. State exactly what you want the court to do: Please grant this petition for a Writ of Habeas Corpus Under 28 U.S.C § 2241 and any other relief this court deems necessary. Thank you.

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06-24-021          _Riquies Carter_
                         Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

06/29/2021

## I CERTIFY A TRUE COPY HAS BEEN MAIL TO THE PARTIES BELOW:

UNITED STATES DISTRICT COURT

2110 First St.

Ft. Myers Florida 33901


U.S ATTORNEY OFFICE

Ft. Myers division

2110 First St. Suite 3-137

Ft. Myers Florida 33901


RIGUER CASTRO

43 Uncle Pete Rd W

Haines City, Fl, 33844


State of FLORIDA
County of GLADES     10 PAGES
Subscribed and sworn to (or affirmed) before me this
___29___ day of JUNE 2021
By  RIGUER  CASTRO
Personally known ____ OR produced identification GCSO 20 M N001484
Type identification produced  GLADES COUNTY DETENTION CENTER

_____
Notary Public



CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters